UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:08-00224 |
| | ) | CHIEF JUDGE HAYNES |
| TYRONE EUGENE DUNLAP | ) | |

**MOTION TO CONTINUE REVOCATION HEARING**

*[Handwritten annotation: GRANTED. This motion is GRANTED. The revocation hearing reset for June 9, 2014 at 4:00 pm. /s/ [signature] 5-12-14]*

Tyrone Eugene Dunlap, through counsel, respectfully requests that the Court to continue the revocation hearing until the week of June 9, 2014. Counsel would show that this case consists of several alleged state violations. It is unclear whether these matters have been resolved in state court. The parties would respectfully request additional time until the week of June 9 so that a potential resolution can be discussed among the parties. Undersigned counsel has recently returned from military duty outside of the district and would appreciate additional time to meet with Mr. Dunlap and counsel for the Government in an attempt to reach an agreed upon disposition. The parties are available the week of June 9, 2014, should the Court continue this matter and said time-frame meets with the Court's schedule.

Respectfully submitted,

*s/ Ronald C. Small*
RONALD C. SMALL (#023150)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
Telephone: (615) 736-5047