UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:08-00224 |
| | ) | CHIEF JUDGE HAYNES |
| TYRONE EUGENE DUNLAP | ) | |

## MOTION TO CONTINUE REVOCATION HEARING

Now comes into Court, Tyrone Eugene Dunlap, through counsel, with the concurrence and agreement of the United States Attorney and the U.S. Probation Office, and respectfully requests that the Court continue the revocation hearing currently scheduled for Monday, June 9, 2014, at 4:00 p.m. The reasons for this motion is that Mr. Dunlap is scheduled to appear in Davidson County Court on June 25, 2014, to discuss an adjudication of all pending charges. The matters which support the filing of a revocation action in this case are based, in part, upon the Davidson County charges.

The parties would prefer to determine the outcome of the state cases before proceeding before this Court on the revocation proceeding. The U.S. Attorney and the U.S. Probation Office do not object to a continuance of this matter for these reasons. Wherefore, for the foregoing reasons it is respectfully requested that the Court continue this matter until early August, 2014, so that we may determine the adjudication of the state matters.

Respectfully submitted,

*s/ Ronald C. Small*
RONALD C. SMALL (#023150)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
Telephone: (615) 736-5047

[Handwritten annotation: This motion is granted. Hearing reset to 6-9-14 [signature]]